AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:23-cv-81071 ROSENBERG |
| COLDWELL BANKER RESIDENTIAL REAL ESTATE, LLC, d/b/a COLDWELL BANKER REALTY, a Foreign Corporation, and SIAN MATTHEW, an individual | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SIAN MATTHEW ("MATTHEW")
1200 N Federal Hwy, Suite 111
Boca Raton, Florida 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KELLY A desROSIERS
THE LOMNITZER LAW FIRM, P.A.
7999 N. FEDERAL HIGHWAY
SUITE 202
BOCA RATON, FLORIDA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  07/21/2023

Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AFFORDABLE AERIAL PHOTOGRAPHY, INC., <br><br> *Plaintiff(s)* <br> v. <br> COLDWELL BANKER RESIDENTIAL REAL ESTATE, LLC, d/b/a COLDWELL BANKER REALTY, a Foreign Corporation, and SIAN MATTHEW, an individual <br> *Defendant(s)* | Civil Action No. 9:23-cv-81071 ROSENBERG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   COLDWELL BANKER RESIDENTIAL REAL
ESTATE, LLC, d/b/a COLDWELL BANKER REALTY
c/o REGISTERED AGENT
1200 N Federal Hwy, Suite 111
Boca Raton, Florida 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   KELLY A desROSIERS
THE LOMNITZER LAW FIRM, P.A.
7999 N. FEDERAL HIGHWAY
SUITE 202
BOCA RATON, FLORIDA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  07/21/2023

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts